UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Honorable Jose L. Linares |
| v. | : | Criminal No. 12-312(JLL) |
| JORGE ANTONIO VILLASANO | : | ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Frances C. Bajada, Assistant United States Attorney appearing), and the defendant Jorge Antonio Villasano (Tom Stanley, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendant having consented to such a continuance, and it appearing that the defendant waives such right, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1)  The discovery in this case involves audio recordings that defense counsel requires adequate time to review, thus taking into account the exercise of diligence, the facts of this case require that defense counsel be permitted a reasonable

amount of additional time for effective preparation in this matter;

(2) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render trial of this matter unnecessary; and

(3) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 11th day of October 2012,

**ORDERED** that this action be, and hereby is, continued until December 17, 2012; and it is further

**ORDERED** that the period from the date of this order through December 17, 2012 shall be excludable in computing time under the Speedy Trial Act of 1974.

HONORABLE JOSE L. LINARES
United States District Judge

-2-

Form and entry
consented to:

Frances C. Bajada
Assistant U.S. Attorney

Tom Stanley
Counsel for the defendant Jorge Antonio Villasano

-3-